445 A.2d 497

**COMMONWEALTH of Pennsylvania**

v.

**Glen R. MILLER, Appellant.**

Supreme Court of Pennsylvania.

Submitted April 13, 1982.

Decided May 25, 1982.

Reargument Denied July 22, 1982.

Nino V. Tinari, Philadelphia, for appellant.

Robert B. Lawler, Chief, Appeals Div., Richard McMonigle, Asst. Dist. Attys., Philadelphia, for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY, McDERMOTT and HUTCHINSON, JJ.

## ORDER

PER CURIAM.

The Judgment of Sentence is affirmed.